M HW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number: 08cv4763

U.S. Energy Services, Inc. v. U.S. Energy Savings Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Energy Services, Inc. - Plaintiff

FILED
8-28-2008
AUG 28 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Rabea J. Zayed | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Rabea Jamal Zayed | |
| FIRM Carlson, Caspers, Vandenburgh & Lindquist | |
| STREET ADDRESS 225 South Sixth Street, Suite 3200 | |
| CITY/STATE/ZIP Minneapolis, MN 55402 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6202114 | TELEPHONE NUMBER 612-436-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

MHW

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. ENERGY SERVICES, INC., <br> a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ENERGY SAVINGS CORP., <br> A Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 08-4763 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
8-28-2008
AUG 28 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the following document:

1. Notice of Appearance for Marlee A. Jansen;

2. Notice of Appearance for Rabea J. Zayed

were served on the following parties, by the method(s) indicated below, on August 27, 2008.

| | | |
|---|---|---|
| Peter K. Sommer, Esq. | Via First Class Mail: | ☒ |
| Phillips, Lytle, LLP | Via Facsimile: | ☐ |
| 3400 HSBC Center | Via Messenger: | ☐ |
| Buffalo, NY 14203 | Via Over Night Mail: | ☐ |

Dated: August 27, 2008

_Khris Johnston_
(Khris Johnston)