## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4763 | **DATE** | 8/29/2008 |
| **CASE TITLE** | U.S. Energy Services, Inc vs. U.S. Energy Savings Corp. | | |

**DOCKET ENTRY TEXT**

Attorney Marlee A. Jansen is directed to file her appearance electronically.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-04763    Document 9    Filed 08/29/2008    Page 1 of 1

08C4763 U.S. Energy Services, Inc vs. U.S. Energy Savings Corp.                    Page 1 of 1